IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SAMANTHA MOSER, on behalf of herself and all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>A&A SERVICES, LLC,<br><br>Defendant. | 8:24CV215<br><br>ORDER TO SHOW CAUSE |

The records of the Court show that on June 11, 2024, a letter (Filing No. 5) was sent to the following attorney from the Office of the Clerk directing that she obtain admittance to practice in this district and register for the Case Management/Electronic Case Filing System ("System"):

**Mandy Boltax**
**HAUSFELD LLP**
**888 16th St., Suite 300**
**Washington, DC 2006**

**IT IS ORDERED** that on or before August 8, 2024, the attorney listed above shall either comply with the requests set forth in the letters from the Clerk of the Court or show cause by written affidavit why they cannot comply with the rules of the Court. Failure to comply with this order will result in Mandy Boltax being removed as counsel of record.

Dated this 25th day of July, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge